```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALPHONSO SIMMONS,

                Plaintiff,

-v-

RAYMOND KELLY, *et al.*,

                Defendants.

No. 06 Civ. 6183 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

A settlement conference in this matter is presently scheduled for July 15, 2009. Accordingly, IT IS HEREBY ORDERED that Plaintiff shall appear by telephone conference call to be arranged with the assistance of prison officials. All other parties who will try this case shall attend the status conference in person. The conference shall be held at in the United States Federal Courthouse, 500 Pearl Street, New York, New York, Courtroom 21C.

The Warden is directed to have the appropriate prison officials contact my Case Manager, Eileen Levine, at 212-805-0492, by no later than July 14, 2009 to make arrangements for this call.

SO ORDERED

Dated:      July 8, 2009
             New York, New York

                                                    RICHARD J. SULLIVAN
                                                  UNITED STATES DISTRICT JUDGE

Copies of this Order are being sent by mail to:

Alphonso Simmons
#06-A-5276
Greenhaven Correctional Facility
P.O. Box 4000
Stormville, NY 12582


Douglas Heim
New York City Law Department
100 Church Street
New York, NY 10007